FILED
DEC - 5 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | N |
| ) | **4:19CR01001 SRC/DDN** |
| SHANTA WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 18, 2014, in the Eastern District of Missouri,

**SHANTA WILLIAMS,**

the defendant, a resident of St. Louis, Missouri, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax return (Form 1040A) of JT for the calendar year 2013, which was false and fraudulent as to material matters in that Federal income tax withheld in the amount of $1,256.00, education credits in the total amount of $1,643.00 and a tax overpayment in the amount of $2,196.00 were reported on that return, whereas, as the defendant then and there well knew and believed, no federal income tax had been withheld from JT, JT was not entitled to education credits and the true amount of tax overpaid by JT was substantially less than $2,196.00.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

## COUNT TWO

The Grand Jury further charges that:

On or about February 9, 2015, in the Eastern District of Missouri,

**SHANTA WILLIAMS,**

the defendant, a resident of St. Louis, Missouri, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax return (Form 1040A) of JT for the calendar year 2014, which was false and fraudulent as to material matters in that education credits in the total amount of $1,368.00 and a tax overpayment in the amount of $1,081.00 were reported on that return, whereas, as the defendant then and there well knew and believed. JT was not entitled to education credits and the true amount of tax overpaid by JT was substantially less than $1,081.00.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

## COUNT THREE

The Grand Jury further charges that:

On or about February 8, 2015, in the Eastern District of Missouri,

**SHANTA WILLIAMS,**

the defendant, a resident of St. Louis, Missouri, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax return (Form 1040A) of SD for the calendar year 2014, which was false and fraudulent as to material matters in that Federal income tax withheld in the total amount of

$864.00, education credits in the total amount of $1,000.00 and a tax overpayment in the amount of $2,087.00 were reported on that return, whereas, as the defendant then and there well knew and believed, no federal income tax had been withheld from SD, SD was not entitled to an education credit and the true amount of tax overpaid by SD was substantially less than $2,087.00.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

## COUNT FOUR

The Grand Jury further charges that:

On or about March 15, 2015, in the Eastern District of Missouri,

**SHANTA WILLIAMS,**

the defendant, a resident of St. Louis, Missouri, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax return (Form 1040A) of BR for the calendar year 2014, which was false and fraudulent as to material matters in that education credits in the total amount of $970.00 and a tax overpayment in the amount of $6,268.00 were reported on that return, whereas, as the defendant then and there well knew and believed, BR was not entitled to education credits and the true amount of tax overpaid by BR was substantially less than $6,268.00.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

Case: 4:19-cr-01001-SRC   Doc. #: 2   Filed: 12/05/19   Page: 4 of 4 PageID #: 10

## COUNT FIVE

The Grand Jury further charges that:

On or about February 21, 2014, in the Eastern District of Missouri,

**SHANTA WILLIAMS,**

the defendant, a resident of St. Louis, Missouri, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax return (Form 1040A) of HH for the calendar year 2013, which was false and fraudulent as to material matters in that Federal income tax withheld in the amount of $2,088.00, education credits in the total amount of $1,378.00 and a tax overpayment in the amount of $8,775.00 were reported on that return, whereas, as the defendant then and there well knew and believed, substantially less federal income tax had been withheld from HH, HH was not entitled to education credits and the true amount of tax overpaid by HH was substantially less than $8,775.00.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

                                        A TRUE BILL


                                        _____
                                        FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____
JAMES E. CROWE, JR., 23196MO
Assistant United States Attorney